## Brown *v.* Keller.

### (April Term, 1864.)

1. Notice—*and delay in moving to set aside reversal for non-joinder in error.* On application at a late day in the next term after a judgment was reversed for non-joinder in error, to set aside such judgment, the application was deemed fatally defective because no notice was given, and no reason shown for the delay in making the motion.

2. Reversal for non-joinder in error—*honor of the attorney relied upon.* Every counsel, in asking a reversal for non-joinder in error, pledges his personal and professional honor to the court that the papers on file are sufficient to entitle him to the order; and the procuring of such an order when the *scire facias* was not served in proper time to warrant it, is a gross fraud upon the court.

3. Same—*will be set aside when improperly entered.* An order of reversal obtained under such circumstances will be set aside by the court on its own motion, whenever its attention is called to it.

This cause was reversed at the April Term, 1863, of this court, for non-joinder in error. On the thirty-eighth day of the April Term, 1864, Mr. Redfield, for the defendant in error, moved the court to set aside the reversal, upon the ground that the *scire facias* was not served ten days before the term at which the judgment of reversal was entered.

Per Curiam: No notice has been given of this application, and no reason has been shown why it has not been made at an earlier day; the application, in these respects, is fatally defective. But the court, upon its own motion, will set aside the reversal for the non-joinder. Every counsel, in asking for such an order, pledges his personal and professional honor to the court, that the papers which are on file are sufficient to entitle him to the order; and the procuring of such an order, when

the papers on file did not warrant it, was a gross fraud upon the court. An order obtained under such circumstances will be set aside whenever the attention of the court is called to it.

*Order setting aside the reversal for non-joinder.*